U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR I 6 2006

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DANIEL WAYNE SADLER,           §
                               §
          Petitioner,          §
                               §
VS.                            §     NO. 4:05-CV-832-A
                               §
DOUGLAS DRETKE, DIRECTOR, TEXAS §
DEPARTMENT OF CRIMINAL JUSTICE, §
CORRECTIONAL INSTITUTIONS       §
DIVISION,                       §
                               §
          Respondent.          §

O R D E R

Came on for consideration the above-captioned action wherein
Daniel Wayne Sadler is petitioner and Douglas Dretke, Director,
Texas Department of Criminal Justice, Correctional Institutions
Division, is respondent.  This is a petition for writ of habeas
corpus filed pursuant to 28 U.S.C. § 2254.  On February 23, 2006,
the United States Magistrate Judge issued his proposed findings,
conclusions, and recommendation, and ordered that the parties
file objections, if any, thereto by March 15.  Copies of the
proposed findings, conclusions, and recommendation were sent to
petitioner and respondent.  Because timely objections have not
been filed, the court accepts the proposed findings, conclusions,
and recommendation of the United States Magistrate Judge.

The court ORDERS that the petition be, and is hereby, dismissed as time-barred.

SIGNED March 16, 2006.

JOHN McBRYDE
United States District Judge